# ELECTRONIC RECORD

**1450-14**

COA # 01-13-00564-CR          OFFENSE: 64.01 (Appeal from Order Denying DNA Testing)

STYLE: Roy Dale Glover v. The State of Texas          COUNTY: Grimes

COA DISPOSITION: AFFIRM          TRIAL COURT: 506th District Court

DATE: 09/25/2014          Publish: YES          TC CASE #: 14199

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Roy Dale Glover v. The State of Texas          CCA #: **1450-14**

_____ _APPELLANT'S_ _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _02/04/2015_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**